UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

File No. 4:14-CV-00230-BO

| | |
|---|---|
| James Herman Lee and Maria J. Lee, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Advance Auto Parts, Inc.; et al, )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER** coming on before the Court on the Parties' Joint Motion to Dismiss E.I. DuPont de Nemours and Company ("DuPont"); and for the reasons stated in the Motion and for good cause shown:

**IT IS, THEREFORE, ORDERED** that the Joint Motion is **GRANTED**, and all of the Plaintiffs' claims against the Defendant DuPont are hereby dismissed without prejudice, with each party to bear its own costs. This dismissal does not affect in any way the Plaintiffs' claims against any other remaining Defendants in this action.

**IT IS SO ORDERED.**

This 27 day of February, 2015.

Terrence W. Boyle
United States District Judge