IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil Action No. 4:14-cv-230

| | | |
|---|---|---|
| James Herman Lee and Maria J. Lee, | ) | |
| | ) | |
| Plaintiffs, | ) | JURY TRIAL DEMANDED |
| | ) | |
| vs. | ) | |
| | ) | |
| Advance Auto Parts, Inc., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on the Joint Motion to Dismiss Plaintiffs' claims against Defendant Genuine Parts Company (incorrectly identified by Plaintiffs as "Genuine Parts Company a/k/a NAPA"), pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. There being no opposition, the motion is GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs' claims against Defendant Genuine Parts Company are hereby dismissed without prejudice, with each party to bear its own costs.

This is the 27 day of February, 2015.

Terrence W. Boyle
U.S. District Court Judge