IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JAMES HERMAN LEE and MARIA J. LEE, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| ADVANCE AUTO PARTS, INC., et al., | ) ) |
| Defendants. | ) ) |

File No. 4:14-CV-00230-BO

### ORDER OF DISMISSAL OF DEFENDANT AUTOZONE, INC.

THIS MATTER is before the Court, with the consent and approval of the parties, to dismiss the captioned Plaintiffs' claims against only Defendant AutoZone, Inc., pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure.

For cause shown,

IT IS, THEREFORE, ORDERED that the claims of Plaintiffs James Herman Lee and Maria J. Lee against Defendant AutoZone, Inc., are hereby DISMISSED WITHOUT PREJUDICE. Each party to bear his, her, its own costs.

SO ORDERED this 27 day of February, 2015.

Terrence W. Boyle
United States District Court Judge