UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
File No. 4:14-CV-00230-BO

| | |
|---|---|
| JAMES HERMAN LEE and MARIA J. LEE,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCE AUTO PARTS, INC. et al.,<br><br>Defendants. | ORDER |

**THIS MATTER** is before the Court on the Parties' Joint Motion to Dismiss Plaintiffs' claims against Defendant Advance Stores Company, Inc., erroneously named as Advance Auto Parts, Inc. ("Advance"), pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. There being no opposition, the motion is GRANTED.

**IT IS THEREFORE ORDERED** that Plaintiffs' claims against the Defendant Advance are hereby dismissed without prejudice, with each party to bear its own costs.

**IT IS SO ORDERED.**

This 27 day of February 2015.

_____
Terrence W. Boyle
United States District Judge