UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JAMES HERMAN LEE and<br>MARIA J. LEE,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>ADVANCE AUTO PARTS, INC., et al.,<br><br>　　　　　Defendants. | CIVIL ACTION<br>CASE NO. 4:14-cv-230-BO |

## ORDER

THIS MATTER is before the Court on the Joint Motion to Dismiss Plaintiffs' claims, without prejudice, against Defendant FEDERAL-MOGUL ASBESTOS PERSONAL INJURY TRUST (sued as successor to FELT- PRODUCTS MANUFACTURING CO.) pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure [DOC 82]. There being no opposition, the motion is ALLOWED.

IT IS, THEREFORE, ORDERED that Plaintiffs' claims against Defendant FEDERAL-MOGUL ASBESTOS PERSONAL INJURY TRUST (sued as successor to FELT- PRODUCTS MANUFACTURING CO.) in this matter are hereby DISMISSED WITHOUT PREJUDICE, each party to bear its own costs.

This the __3__ day of ~~February~~ March, 2015.

_____
UNITED STATES DISTRICT JUDGE