IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION

JAMES HERMAN LEE and MARIA J. LEE,

    Plaintiffs,

vs.

ADVANCE AUTO PARTS, INC., et al.,

    Defendants.

C/A No. 4:14-CV-00230-BO

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER is before the Court on the parties' Joint Motion for Dismissal without Prejudice [Doc. 91 ].

For the reasons stated in the motion, and for cause shown,

IT IS THEREFORE ORDERED that the Joint Motion [Doc. 91 ] is GRANTED, and all of the Plaintiffs' claims against the Defendants Kaiser Gypsum Company, Inc. and Dana Companies LLC are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED. This 10th day of March, 2015.

*[signature]*
United States District Court Judge